1  PHILLIP A. TALBERT
   Acting United States Attorney
2  ADRIAN T. KINSELLA
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5
   Attorneys for Plaintiff
6  United States of America

**FILED**
Jul 22, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| In the Matter of the Search of | CASE NO. 2:21-SW-0010-JDP |
|---|---|
| 7207 Winding Way<br>Fair Oaks, Ca 95628 | ORDER TO FILE REDACTED COPY OF SEARCH WARRANT AFFIDAVIT |

The government's motion to unseal the above referenced case, keep the search warrant affidavit sealed, and file a redacted copy of the affidavit is GRANTED.

Dated: July 22, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE